

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 11 2016
3-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Oliver Jr. Spann

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas J Dart And its full capacity Cook County Department of Corrections

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

16-cv-3157
Judge Harry D. Leinenweber
Magistrate Judge Maria Valdez
PC8

FILED
4/5/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:       **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Reviewed: 8/2013

I. **Plaintiff(s):**

    A. Name: Oliver Spann

    B. List all aliases: N/A

    C. Prisoner identification number: 2013-090-1132

    D. Place of present confinement: Cook County Jail

    E. Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Thomas J. Dart

    Title: Cook County Sheriff

    Place of Employment: Cook County Jail

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) While I was housed in Division 9 I was subjected to sleep in a cold cell and in the shower on the ceilings and in the corners of the wall their is mold and when I addressed the issue numerous of times they had people/inmates to come and clean the shower but that did no good It has a wet smell to it that I have to breath in daily even in the Day Room You can see it forming around the ceiling outside the shower Months later they had it painted over which didnt do any good It just covered it up for a couple of weeks until it re appeared (2) I've told them It is cold in the cell and my toilet leaks water. And out the wall I've had huge roaches come out the hole/closet. Spiders and they come and go as they please unless. I kill them which doesnt matter because they are still seen even in the Day Room. I've filed several grievances which I get run around request to let the officer on the tier know which

Reviewed: 8/2013

I am Always told to "write A Grievance What do you want me to". do. 3) The vent Inside My Cell Has Alot of Dust In It And I Can feel It In My Lungs And It NEVER Blows The Right Temperature Unless I Tell the Officers And they WAnt It A Certain Temperature It Is Always too Cold or too Hot And they SAy that It CAn be Either or NOT IN The middle Because the Thermometer doesn't Work that WAy. I Complained So much they Moved Me to Another division which Is the Same Problem In A New place the WAter Is Chalky Colors that we Drink And Really Cloudy In which they the Officers dont Drink they bring there Own WAter. but we Drink It And we have no Microwave they took It AwAy So we CAn't WArm food And water before Chilling It In the window to Drink. And I have the Same problem with the Toilet In my Cell Except there Are Ants/roaches In the room their Are Ants that Come From under the Hallway door Into the Room And Around the day Room Mice run Around At Night time And Sometimes If you Are In A Certain AreA AwAy from them You will See them In the DAytime they only Clean and give us

5

Revised 9/2007

They don't care And population do not have on Hand Cuffs So they Sometimes spit on us Hit us Because we are Protected Custody And there Not, the showers water comes up from the shower And out the Closet were there Is Alot of old Pipes No Caution Sighn there or Anything So this Is What Is going on Here at Cook County Jail At 2650 S California Chicago IL 60608 And It Effects our Health we are Humans As well. Thank You.

Ps. The water Is Dirty That we Drink the officers Dont even Drink It But why Do we.

Cleaning solution/supply If they have to when the Department Of Justice Is comming. (4) And when the Vents Let off Dark Smoke In Division 10 2c And through out the Jail We have to Leave the Tier Back to the Gym Room where It Is the same Smoke that Comes from the whole vent system And It Happens overnight when We are sleep but they do nothing so we Are In Smoky Cells. No smoke Detector that Lets off that Lets off that Is why I have Breathing Problems. And Lung Problems that Can cause Lung Cancer And the food Is Half Done Most of the time for Dinner And Cold But we have no choice But to Eat It Because people like me do Not have family to provide me funds for Commissarry. I have Been Living In theese Conditions Since Sept 1 2013 to Now which Is 2016 And the County Jail Never do Anything About It. I am In Protected Custody And they treat us different From Population When we go to court they Leave us Around Population with our Hand Cuffs on going to court

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like to be CompenSAted 300 thousand to 3 million Dollars.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  3  day of  1 , 20 16

(Signature of plaintiff or plaintiffs)
Oliver Jr Spann
(Print name)

Oliver Jr. Spann
(I.D. Number) 2013-090-1132

2650 S. California Chicago ILL 60608
(Address)

6

Reviewed: 8/2013